UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30447 |
| Tonisha L. Hampton | Chapter 13 |
| Debtor. | Judge Thomas H. Fulton |

## OBJECTION TO CHAPTER 13 PLAN

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 ("Creditor") by and through their undersigned counsel, hereby objects to the Debtors' Proposed Chapter 13 Plan filed on February 18, 2019. This objection is hereby supported by the following memorandum.

## MEMORANDUM

Creditor holds a secured interest in the Real Estate located at 124 N. 36th Street Louisville, KY 40212. Creditor will be filing a Proof of Claim listing a total debt of approximately $65,441.46 and pre-petition arrears of approximately $702.31. The Chapter 13 Plan does not provide treatment for the prepetition arrearages.

The Chapter 13 Plan does not adequately protect the Creditor's interest in said property and should therefore be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on March 11, 2019.

**By Notice of Electronic Filing to:**

    Ross Benjamin Neuhauser, Debtors' Counsel
    Whitford13notice@gmail.com

    William W. Lawrence, Trustee
    ECF@louchapter13.com

    Charles R. Merrill, Office of the U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

    Tonisha L. Hampton, Debtor
    124 N 36th St
    Louisville, KY 40212

                                            /s/ Molly Slutsky Simons
                                            Molly Slutsky Simons (97962)
                                            Attorney for Creditor